Pietrowski & Konop Co., Inc., Respondent, v. C. S. & K. Construction Co., Inc., and Another, Appellants.— Order affirmed, without costs to either party as against the other. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of Edward L. Blackman to Ascertain Value of Services as Attorney. In the Matter of Jonas Weil, Deceased.— Motion denied. Papers on appeal to be included in the record on appeal from decree settling executor's account, and the two appeals heard together. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Samuel Rappaport v. Perry Washington Co., Inc., Impleaded, etc.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Esther Cheslow v. Sam Glickman.— Motion to dismiss appeal denied, with leave to respondent to renew said motion within thirty days from service of order with notice of entry thereof, if in the meantime no further steps are taken by the appellant towards prosecution of the appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Princeton Construction Co., Inc., v. Frances B. Mirkil and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Frances Korn v. Alexander Korn.— Motion to dismiss appeal granted, Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Nellie T. McAvoy, as Executrix, etc., v. Sidney C. Schramme and Others, Impleaded with Inwood Land & Improvement Company, Inc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Peter Staiti and Another v. Laurence Laudisi.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed case to be served within two weeks from service of order with notice of entry thereof. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Lordi Construction Co., Inc., v. 140th Street Storage Corporation and Another, Impleaded, etc.— Motion to dismiss appeal denied, and appellants' time within which to serve and file the record on appeal herein extended to and including the 21st day of April, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Joseph Lewis v. Agricultural Insurance Company of Watertown, New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Gostol Realty Corporation v. Harry Gilman.— Motion to dismiss defendant's appeal granted, with ten dollars costs, unless defendant, appellant, procure his points on appeal to be served and filed on or before the 6th day of April, 1928. Appeal by plaintiff dismissed unless plaintiff, appellant, procure its points on appeal to be served and filed on or before said 6th day of April, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.